

**BLANK ROME LLP**
COUNSELORS AT LAW

| | |
|---|---|
| *Phone:* | *(212) 885-5196* |
| *Fax:* | *(917) 332-3067* |
| *Email:* | *jrobbin@BlankRome.com* |

July 15, 2016

**BY FEDERAL EXPRESS**

Adam J. Fishbein, Attorney at Law
483 Chestnut Street
Cedarhurst, NY 11516

      Re:    *Tabick v. Clearspring Loan Services, Inc.,* 1:16-cv-01420 (ERK)
             **Notice of Motion to Dismiss**

Dear Mr. Fishbein:

      Attached is a copy of Defendant Clearspring Loan Services, Inc.'s motion to dismiss Plaintiff's Christopher Tabick's complaint. Included in this motion is a copy of the Notice of Motion and Memorandum of Law in support of the motion. A copy of this letter will be filed via ECF as per Judge Korman's Individual Rules. Please contact me to discuss setting a briefing schedule for your response and my reply. I am available if you have any questions.

                                                   Respectfully,

                                                     Jonathan M. Robbin

Enclosures

Copy of letter to be filed via ECF

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Boca Raton • Cincinnati • Fort Lauderdale • Houston • Los Angeles • New York • Philadelphia • Pittsburgh • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington