

Phone:   (212) 885-5196
Fax:     (917) 332-3067
Email:   jrobbin@BlankRome.com

August 15, 2016

**BY ECF**

The Honorable Edward R. Korman, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Tabick v. Clearspring Loan Services, Inc.*, 16-cv-01420 (ERK)(RER)
      **Request for Extension of Time to Respond to Amended Complaint**

Dear Judge Broderick:

This firm represents defendant Clearspring Loan Services, Inc. ("Defendant") in this matter. We write to request an extension of Defendant's time to answer, move, or otherwise respond to the Amended Complaint filed on August 4, 2016. In accordance with Your Honor's Individual Practices, Defendant sets forth the following:

1.  In response to Defendant's Motion to Dismiss, Plaintiff filed its Amended Complaint on August 4, 2016 with a response due on August 18, 2016. Defendant now requests an extension until September 15, 2016.

2.  This is Defendant's first request for an extension of time to respond to the Amended Complaint.

3.  N/A

4.  Counsel for Plaintiff has consented to this extension of time.

5.  Counsel needs the additional time for further fact investigation and communication with client.

Please let me know whether Your Honor has any questions or if we can be of any further assistance.

Respectfully submitted,

Jonathan M. Robbin

cc:   All Appearing Attorneys via ECF

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Boca Raton • Cincinnati • Fort Lauderdale • Houston • Los Angeles • New York • Philadelphia • Pittsburgh • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington